AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

FILED

AUG 2 8 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 25mj-736-CDL |
| AARON MITCHELL ROBINSON | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of Tulsa in the Northern District of Oklahoma, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) | Distribution of Methamphetamine |
| 18 U.S.C. §§ 922(g)(1) and 922(g)(3) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_Kerrie E. Walker_
Complainant's signature

SA Kerrie Walker, FBI
Printed name and title

Sworn to before me by phone.

Date: August 28, 2025

_Christine D. Little_
Judge's signature

~~Mark T. Steele,~~ United States Magistrate Judge
Printed name and title

City and state: Tulsa, OK

# AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT IN THE NORTHERN DISTRICT OF OKLAHOMA

I, Kerrie Walker, Special Agent, Federal Bureau of Investigation, being duly sworn, deposes and states as follows below.

1. I am a federal law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request an arrest warrant. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since July 2011. I am presently assigned to the Oklahoma City Field Office, Tulsa Resident Agency where I am assigned to the Safe Streets Task Force (SSTF), which is responsible for investigating street gangs and drug-related offenses. I have received formalized training, and I have participated in many aspects of criminal investigations including the use of wire and electronic interceptions and other types of electronic surveillance, physical surveillance, undercover investigations, confidential informants, cooperating witnesses, controlled purchases of illegal drugs, consensually monitored recordings, investigative interviews, investigations, administrative and grand jury subpoenas, and search and arrest warrants. During my career, my investigations have included the use of various surveillance techniques and the execution of various search, seizure, and arrest warrants.

2. The information contained in this Affidavit in support of an arrest warrant for Aaron Mitchell ROBINSON is based on law enforcements encounters and investigation. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from witnesses, agents, and other law enforcement officers. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)– Distribution of Methamphetamine and Title 18 U.S.C. §§ 922(g)(1) and 922(g)(3)- Felon in Possession of a Firearm.

## Probable Cause

3. In early July of 2025, FBI Agents met with a confidential human source, hereafter referred to as CHS, who provided information about someone selling methamphetamine from his residence in Sperry, OK. The CHS identified the subject as Aaron ROBINSON, a member of the Aryan Brotherhood, who sold trafficking amounts of methamphetamine. The CHS also provided the address of ROBINSON's residence, 2006 East 76th Street North, Sperry, Oklahoma, and a description. The CHS identified a photograph of the person he/she knew as Aaron ROBINSON (Aaron Mitchell ROBINSON aka "Monster").

4. Investigators later conducted surveillance at 2006 East 76th Street North, Sperry, Oklahoma and saw a white 2017 Chevrolet Colorado bearing

Oklahoma license plate RAP652 parked in the driveway along with a 2007 white Chevrolet Silverado bearing Arkansas license plate AWX17B. A records check on those two vehicles showed them to be registered to other addresses. A records check on 2006 East 76th Street North, Sperry, Oklahoma showed that Aaron Mitchell ROBINSON resided at the address.

5. A search of the National Crime Information Center (NCIC) online database showed that Aaron Mitchell ROBINSON (DOB 10/17/1974) had numerous arrests for: Larceny of an Aircraft or other Motor Vehicle, Receiving / Possessing / Concealing Stolen Property, Possession of Controlled Substance, Unauthorized Use of Vehicle, Unlawful Possession of Paraphernalia, Burglary Second Degree, and Assault and Battery with a Deadly Weapon. ROBINSON had felony convictions for Larceny of an Aircraft or other Motor Vehicle, Unauthorized Use of Vehicle, Possession of Stolen Property, and Theft of Property.

6. In early August of 2025, investigators had the CHS contact ROBINSON on his cell phone and inquire about how much he/she could purchase for a certain price. ROBINSON said he would sell "a lil over a half for that". Later that day, investigators met with the CHS to conduct a controlled purchase of methamphetamine from ROBINSON. Before the buy occurred, investigators conducted a search of the CHS' person and his/her vehicle. No controlled substances were located and any money the CHS had was counted

and noted. Investigators provided the CHS with an amount of US currency with which to purchase trafficking amounts of methamphetamine.

7. The CHS then drove to ROBINSON's residence at 2006 East 76th Street North, Sperry, Oklahoma. Once at the residence, the CHS met with ROBINSON who was lying on his bed. ROBINSON appeared to have limited mobility and never got out of the bed while dealing with the CHS. The CHS paid ROBINSON for the drugs and then ROBINSON got a digital scale and a bag of crystal methamphetamine from a tote on his bed. ROBINSON then weighed out over 400 grams of methamphetamine and placed it inside a Ziplock bag and gave it to the CHS. The CHS then departed the residence.

8. Investigators maintained surveillance on the CHS while he/she drove back to the predetermined location. Once there, the CHS provided investigators with trafficking amounts of methamphetamine that he/she stated was purchased from ROBINSON. A second search of the CHS and his/her vehicle was conducted, and no additional amounts of controlled substances were located. The money that investigators had provided to the CHS was also gone.

9. Investigators later transported the methamphetamine to a secure FBI facility where it was field tested. The result was presumptive positive for methamphetamine. The drugs were then weighed, packaged, and photographed before being turned into the Tulsa FBI Evidence Control Unit.

10. In mid-August of 2025, investigators again coordinated the controlled purchase of trafficking amounts of methamphetamine from ROBINSON at

2006 East 76th Street North, Sperry, Oklahoma. At the direction of investigators, the CHS contacted ROBINSON and requested to purchase trafficking amounts of methamphetamine. Before the buy occurred, investigators conducted a search of the CHS and his/her vehicle. No controlled substances were located and any money that the CHS had was noted. Investigators then provided the CHS with an amount of US currency with which to purchase the methamphetamine.

11. Investigators followed the CHS as he/she drove to ROBINSON's residence at 2006 East 76th Street North, Sperry, Oklahoma. Once at the residence, the CHS walked inside. The CHS met with ROBINSON who was lying on his bed. After some conversation, the CHS provided ROBINSON with the cash investigators had provided and ROBINSON weighed out and packaged about 350 grams of crystal methamphetamine that he removed from the tote on the bed beside him. The CHS observed that the tote was full of what looked like several kilograms of crystal methamphetamine. The CHS also observed what he/she described as a MAC-11 submachine gun on the headboard of the bed and an AR15 style assault rifle propped up beside the bed. ROBINSON handed the CHS the Ziplock bag of crystal methamphetamine and, shortly after that, the CHS departed the residence.

12. The CHS was followed away from the residence by investigators to a predetermined location where the CHS provided trafficking amounts of

methamphetamine that he/she stated was purchased directly from ROBINSON at 2006 East 76th Street North, Sperry, OK.

13. A second search of the CHS' person and his/her vehicle was conducted, and no additional amounts of controlled substances were located. The money that investigators had provided to the CHS was also gone. Investigators then transported the methamphetamine to a secure FBI facility where it was field tested, weighed, and photographed. The result was presumptive positive for methamphetamine. It was then turned in as evidence at the FBI Tulsa Resident Agency.

14. On August 26, 2025, the FBI executed a search warrant at ROBINSON's residence at 2006 East 76th Street North, Sperry, OK. The search resulted in the seizure of numerous rounds of ammunition, a loaded .20-gauge Mossberg shotgun (with three rounds of ammunition), a 380 SCCY pistol with a loaded magazine, and $1660 in U.S. currency. Observed in the residence were several digital scales and packaging materials used by drug traffickers and pipes used to smoke methamphetamine.

15. Based on my training and experience the .20-gauge Mossberg shotgun seized from ROBINSON was manufactured in North Haven, Connecticut or Eagle Pass, TX. Neither North Haven, CT or Eagle Pass, TX are not located in the state of Oklahoma; therefore, this Mossberg had to travel in interstate commerce in order to be found in Sperry, OK.

## Conclusion

16.  Based on the information set forth in this affidavit, I submit there is probable cause to believe Aaron Mitchell ROBINSON has violated Title 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) – Distribution of Methamphetamine and Title 18 U.S.C. §§ 922(g)(1) and 922(g)(3) - Felon in Possession of a Firearm.

Respectfully submitted,

*Kerrie E. Walker*
Kerrie Walker
Special Agent
Federal Bureau of Investigation

Subscribed and sworn via phone on the 28th day of August, 2025.

~~MARK T. STEELE~~ Christine D. Little
UNITED STATES MAGISTRATE JUDGE