
**FILED**
SEP 17 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25 CR - 361 SEH |
| Plaintiff, | INDICTMENT |
| v. | [COUNTS ONE and TWO: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) – Distribution of Methamphetamine; |
| AARON MITCHELL ROBINSON, | COUNT THREE: 21 U.S.C. §§ 856(a)(1) and 856(b) – Maintaining a Drug-Involved Premises; |
| Defendant. | COUNT FOUR: 18 U.S.C. § 924(c)(1)(A)(i) – Possession of a Firearm During and in Relation to a Drug Trafficking Crime; Forfeiture Allegation: 21 U.S.C. § 853 – Drug Forfeiture] |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)]

On or about August 7, 2025, in the Northern District of Oklahoma, the defendant, **AARON MITCHELL ROBINSON**, knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT TWO
### [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)]

On or about August 19, 2025, in the Northern District of Oklahoma, the defendant, **AARON MITCHELL ROBINSON**, knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT THREE
## [21 U.S.C. §§ 856(a)(1) and 856(b)]

From on or about August 7, 2025, to on or about August 26, 2025, in the Northern District of Oklahoma, the defendant, **AARON MITCHELL ROBINSON**, knowingly used and maintained a place located at 2006 East 76th Street North, Sperry, Oklahoma, for the purpose of distributing methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 856(a)(1) and 856(b).

## COUNT FOUR
### [18 U.S.C. § 924(c)(1)(A)(i)]

From on or about August 19, 2025, to on or about August 26, 2025, in the Northern District of Oklahoma, the defendant, **AARON MITCHELL ROBINSON**, knowingly possessed a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Distribution of Methamphetamine and Maintaining a Drug-Involved Premises, as set forth more fully in Counts Two and Three of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION
## [21 U.S.C. § 853]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Upon conviction of the offenses alleged in this Indictment, as a part of his sentences, the defendant, **AARON MITCHELL ROBINSON**, shall forfeit to the United States any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violations and any property, real or personal, that was used or intended to be used to commit or to facilitate the violations of federal law. The property to be forfeited includes, but is not limited to:

**FIREARM AND AMMUNITION**

1. A Maverick Arms, Inc. (Mossberg), Model 88, 20 GA caliber, serial number WV0728152; and

2. Three rounds of Remington – Peters, Winchester- Western, and Federal branded 20 GA ammunition.

**CURRENCY**

1. $1,600 in United States currency seized from **AARON MITCHELL ROBINSON** by law enforcement on August 26, 2025.

All pursuant to Title 21, United States Code, Section 853.

CLINTON J. JOHNSON  
United States Attorney

_____  
SHAKEMA M. ONIAS  
Assistant United States Attorney

A TRUE BILL

*/s/ Grand Jury Foreperson*  
Grand Jury Foreperson